**John DOE, Petitioner,**

v.

**PHILADELPHIA COMMUNITY HEALTH ALTERNATIVES AIDS TASK FORCE; Metpath DeKalb; Princeton Biomedical Laboratories, Inc., Bureau of Laboratories PA Department of Health; and Michael L. Silverman, M.D., Respondent.**

Supreme Court of Pennsylvania.

Aug. 11, 2000.

*ORDER*

PER CURIAM:

**AND NOW**, this 11th day of August, 2000, the Petition for Allowance of Appeal is hereby granted, limited to the following issue:

Whether Petitioner stated a claim for negligent infliction of emotional distress where he was misdiagnosed with the Human Immunodeficiency Virus ("HIV").

■

**In the Interest of R.H.**

**Petition of R.H.**

Supreme Court of Pennsylvania.

Aug. 11, 2000.

*ORDER*

PER CURIAM:

**AND NOW**, this 11th day of August, 2000, the Petition for Allowance of Appeal is GRANTED to consider the following issues:

1) Whether a juvenile's confession should be suppressed where a school police officer, authorized to exercise the same powers while on school property as the municipal police, interrogates the juvenile without advising the juvenile of his *Miranda* rights?

2) Whether a juvenile's confession should be suppressed where a school police officer, authorized to exercise the same powers while on school property as the municipal police, interrogates the juvenile without informing him that he has a right to confer with counsel, or with an interested and informed parent or adult?